# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:14-cr-005 LJO/SKO |
| **WALTER SILVA** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: WALTER SILVA
Detained at: FRESNO COUNTY JAIL
Detainee is:  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18/924(c); and 21/841(a)(1) (2cts)
or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: Kimberly A. Sanchez   559/497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 28, 2014

/s/ SHEILA K. OBERTO
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | A22750616 | DOB: | 06/17/1986 |
| Facility Address: | Tulare and "M" Streets, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 808472RB7 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)