BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER SILVA,<br><br>　　　　　　　Defendant. | CASE NO. 1:14-CR-00005 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

　　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that a status conference scheduled for June 30, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to August 4, 2014.  The reason for the request is because the defendant needs time to review and consider the DEA laboratory report provided to defense on June 25, 2014, and the parties continue to engage in plea negotiations and need additional time to finalize an anticipated agreement.  The government received the laboratory report regarding the qualitative and quantitative analysis of the controlled substances seized in this case on June 25, 2014 and immediately forwarded it to defense.

　　　　The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §

Stipulation                                                         1

3161(h)(7)(A).

Dated: June 26, 2014                           Respectfully submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                       By     /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant U.S. Attorney

Dated: June 26, 2014                           /s/ Ann McGlenon
                                               ANN McGLENON
                                               Attorney for Defendant

## ORDER

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court and reset the matter as a change of plea hearing before United States District Judge Lawrence J. O'Neill on or before August 4, 2014.

The court notes that this case has been pending since January 2014. If the parties are unable to resolve the case, they shall be prepared to select a mutually acceptable trial date at the August 4, 2014, hearing.

IT IS SO ORDERED.

Dated:   **June 26, 2014**                           **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

Stipulation                                    2