HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561

Attorney for Defendant
WALTER SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00005 LJO-SKO |
|---|---|
| *Plaintiff,* | ) |
| vs. | ) **STIPULATION RESETTING MOTIONS SCHEDULE; ORDER** |
| WALTER SILVA, | ) **EVIDENTIARY HEARING** |
| *Defendant.* | ) Date: November 10, 2014 |
| | ) Time: 10:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by the parties through their respective counsel, that Defendant's motion to quash warrant and to suppress evidence may be filed on October 17, 2014; government's response due on October 31, 2014; and that the evidentiary hearing on the motion may be heard by the court at 10:30 a.m. on November 10, 2014.

Parties believed that the matter would be resolved before the hearing set for October 14, 2014, but new decisions by the United States Supreme Court have created an issue which may need to be resolved by this Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

//

//

| | |
|---|---|
| Dated: October 9, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> */s/ Kimberly A. Sanchez*<br> KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: October 9, 2014 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Ann H. McGlenon*<br>ANN H. McGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>WALTER SILVA |

**O R D E R**

**Granted.  Depending on the ruling on the Evidentiary Hearing, counsel should be prepared to set a trial date.**

IT IS SO ORDERED.

   Dated:   **October 9, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE