# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00005-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE |
| WALTER SILVA, | |
| Defendant. | (ECF NO. 27) |

On June 17, 2016, Petitioner Walter Silva filed a *pro se* motion (ECF No. 27) pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). To efficiently process petitions under *Johnson* and *Welch*, and pursuant to Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner Silva in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 15, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fdo.gov), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated: **July 5, 2016**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE